USA.12041

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| JOSHUA NUNN, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:20-cv-00045 |
| v. § | |
| § | |
| JOHN MARK FAVORS, § | |
| § | |
| Defendant. § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW**, JOSHUA NUNN ("Plaintiff") and JOHN MARK FAVORS ("Defendant"), Plaintiff and Defendant in the above-styled and numbered cause, and file this Agreed Motion to Dismiss with Prejudice.

Plaintiff and Defendant have reached a settlement. As such, Plaintiff no longer desires to pursue his claims raised in this matter against Defendant.

Plaintiff and Defendant further agree that each side will bear its own attorneys' fees and costs.

For these reasons, Plaintiff and Defendant request this Court dismiss, with prejudice, all of the claims that Plaintiff raised or could have raised against Defendant in the above-styled and numbered cause.

Respectfully submitted,

FEE, SMITH, SHARP & VITULLO, LLP

---

**WILLIAM M. TOLES**
State Bar No. 00798550
wtoles@feesmith.com
**JAMES E. JOHNSON**
State Bar No. 00787773
jjohnson@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
972-934-9100
972-934-9200 [Fax]

**ATTORNEYS FOR DEFENDANT**

AGREED:

---

MICAH L. SATTERWHITE
State Bar No. 24102463
msatterwhite@sloanfirm.com
SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON, SMITH & JONES
101 E. Whaley Street
Longview, Texas 75601
(903) 757-7000
(903) 757-7574 (FAX)
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of this document has been served on all attorneys of record in this cause of action on this the 18th day of August, 2020.

---

JAMES E. JOHNSON