IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOSHUA NUNN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00045-JRG |
| § | |
| JOHN MARK FAVORS, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Agreed Motion to Dismiss with Prejudice (the "Motion"). (Dkt. No. 13.) Having considered the Motion and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, attorneys' fees, and expenses.

The Clerk of the Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 9th day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE